IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01902-MSK-BNB

KATHLEEN S. BOWEN,

Plaintiff,

v.

LINCOLN FINANCIAL ADVISORS, CORPORATION, an Indiana corporation,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

Pursuant to the defendant's filing of the **Withdrawal of Defendant's Motion to Compel**, docket no. 39, filed on June 30, 2005,

IT IS ORDERED that the Motion to Compel is DENIED AS WITHDRAWN, and the hearing set for July 22, 2005, is **VACATED**.