IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-01902-MSK-BNB

KATHLEEN S. BOWEN,

Plaintiff,

v.

LINCOLN FINANCIAL ADVISORS CORPORATION, an Indiana corporation,

Defendant.

_____

**ORDER**
_____

After reviewing the parties' confidential settlement statements, I have determined that a settlement conference at this time would be a waste of resources.  Consequently, I am vacating the conference set for September 16, 2005, at 2:00 p.m.  If the parties disagree with my assessment and believe, after consultation and in good faith, that a settlement conference would be of assistance in settling the case, they are directed to contact my secretary and request that a settlement conference be set.

IT IS ORDERED that the settlement conference set for **September 16, 2005, at 2:00 p.m.**, is VACATED.

Dated September 12, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge