IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-01902-MSK-BNB

KATHLEEN S. BOWEN,

Plaintiff,

v.

LINCOLN FINANCIAL ADVISORS CORPORATION, an Indiana corporation,

Defendant.

_____

**ORDER**
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **March 30, 2006**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated March 16, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge