IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-01902-MSK-BNB

KATHLEEN S. BOWEN,

    Plaintiff,

v.

LINCOLN FINANCIAL ADVISORS CORPORATION, an Indiana corporation,

    Defendant.

_____

**ORDER**
_____

    This matter is before me on the parties' Joint Motion for Dismissal with Prejudice **(Dkt. #73)**, filed on April 13, 2006.  Good cause having been shown:

    IT IS ORDERED that the Motion is GRANTED.  This case is dismissed with prejudice in its entirety, each party to bear its own attorney fees and costs.

    Dated this 14th day of April 2006.

                                       **BY THE COURT:**

                                       Marcia S. Krieger
                                       United States District Judge